No. 4735.—Laviosa, aplte., *v.* Abril, apldo.— C. D. Aguadilla. Nov. 8, 1928. Apareciendo que la parte apelante dejó vencer la última prórroga para preparar la transcripción de la evidencia sin practicar gestión alguna y que no ha radicado en el Tribunal Supremo los autos de esta apelación establecida en marzo 2 del corriente año, se declara con lugar la moción de desestimación de la apelada, y por tanto se desestima el recurso.

No. 4700.—Zorrilla, Saenz & Co., aplda., *v.* Martínez, aplte.— C. D. Mayagüez. Nov. 8, 1928. Apareciendo que la apelación se radicó el 28 de junio del corriente año sin que el apelante haya hecho gestión posterior alguna para perfeccionar su recurso, se declara con lugar la moción y se desestima la apelación interpuesta.